**Appeal Reinstated and Order filed December 13, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00601-CV
_____

### IN THE INTEREST OF K.S.M., JR., A CHILD

**On Appeal from the 312th District Court
Harris County, Texas
Trial Court Cause No. 2015-59700**

## ORDER

On October 4, 2022, we abated this appeal for mediation until December 5, 2022. No mediator's report, motion to reinstate, or dispositive motion has been filed. The appeal is reinstated.

The notice of appeal in this case was filed August 16, 2022. On October 3, 2022, the clerk responsible for preparing the record in this appeal informed this court that appellant has not made arrangements to pay for the record. *See* Tex. R. App. P. 35.3(c). No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145.

Appellant is ordered to demonstrate to this court within ten (10) days of the date of this order arrangements have been made to pay for the clerk's record. *See*

Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *Id.*

PER CURIAM


Panel Consists of Justices Wise, Jewell and Poissant.